The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866 (2006). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0127/AF. U.S. v. John I. Rodriguez. CCA 38080. Review granted on the following issue:

> WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866 (2006). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0036/AF. U.S. v. Nicholas M. Garrison. CCA 38093. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0127/AF. U.S. v. John I. Rodriguez. CCA 38080. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0163/AF. U.S. v. Alfred K. Gallardo. CCA 38100. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 2, 2013.

No. 14–0164/AR. U.S. v. Robert J. Coughlin. CCA 20110097. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 2, 2013.

No. 14–0169/AR. U.S. v. Anthony P. Villareal. CCA 20110738. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 2, 2013.